**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHEYNNE CHONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-CV-131-PLC |
| | ) |
| CREDIT CONTROL LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 3rd day of March, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE